AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SUNTRUST BANK, ) | |
|        Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:08-CV-529-F** |
| ) | |
| DEN-MARK CONSTRUCTION, INC. ) | |
|        Defendant. ) | |

\_\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the bankruptcy court's order dated August 6, 2008 is VACATED and SunTrust is restored to its pre-petition status in all respects except as to the sum of funds advanced by Capital Bank (and interest accruing thereon) *prior to* this court's November 19, 2008 oral order allowing SunTrust's Motion to Stay pending appeal.  11 U.S.C. section 364(e).  The parties shall bear their own costs.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **April 7, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| A. Lee Hogewood, III | Laurie B. Biggs |
| Brian C. Fork | Trawick H. Stubbs, Jr. |
| 4350 Lassiter at North Hills Ave., | 8450 Falls of Neuse Rd., |
| Suite 300 | Suite 206 |
| Raleigh, NC 27609 | Raleigh, NC 27615-3510 |

| | |
|---|---|
| April 7, 2009 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |